From: SHAN JONES
DOC# 2020007582

RE: Notice of intent to File a Civil Lawsuit claim against the Sheriff, Mike Williams Sr.

## Lawsuit Claim

Due to the negligence and false advertisment by and through the Sheriff Department.

I (Shan Jones) is filing this claim of a civil lawsuit on the Duval County Sheriff Department pursuant to failure exercise and the care that a reasonably prudent person would take or exercise in like circumstances as this state of Emergency of a deadly disease Covid-19.

## Facts

1) This Sheriff Department do have the knowledge that this deadly disease Covid-19 have took control over the only resource of air th[at] their headquarters of the Duval County Jail and Prisons have to house Inmates (unsentenced & sentenced) in.

2) This Sheriff Department Spokesman did announce to the Duval County Citizens, that the Sheriff Department will release the Inmates thats at MCC housing Facility. Thats fit low risk a[nd] trustworthy Inmates. (TO NO AVAIL) This Sheriff Department have violated the Florida Department of Health Orders and mandate And through transferring inmates to and from the Jail to MCC in the m[idst] of the 14 days quarantine (suggested date) after testing all of MCC inmates

Page 1 of 3

3) The Sheriff Department Transferred 75 exposed inmates to be housed with the unexposed inmates. This sheriff Department willfully forcing a inmate to be in contact to this deadly Disease by not exercising their Power and Authority to reduce and release inmate population, By and through R.O.R. And Ankle Monitor.

4) This sheriff Department is forcing the inmate thats housed in these unsanitary dormitories with 55 at one time. Not Allowing 6ft. social distancing to be honored And Practiced. This sheriff Department is turning their back to the point of not exercising the power of care And Custody & Control According to the 14th Ammendment of the United States Constitution, no one is supposed to be deprive from their rights as a U.S. Citizen.

5) This Sheriff Department is willfully ignoring this 14th Ammendment by housing a unsentenced inmate that is being accused of a crime, to be forced to break All Florida Mandates to prevent and protect us as a citizen from contracting or being exposed to this deadly disease Covid-19.

6) This Sheriff Department does have access to Ankle Monitor and Avenues to Reduce the population to Access to Justice and Fair appearance to be prosecuted or convicted or Released. This type of housing a form of Cruel and Unusual Punishment thats Equivilent to a death Sentence.

Page 2 of 3

Relief Sought

To Be Compensated Financially and for the Sheriff Department to show Accountability.

Certificate of Service

I swear that the Above style is the truth to the best of my knowledge

*Shan Jones* (signature)

SHAN JONES
8-5-20
500 E. Adams St
Jacksonville Florida
32202